IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAYNARD SANDERS, )
 )
Plaintiff, )
 )
v. ) CASE NOS. CV419-051
 ) CR417-011
UNITED STATES OF AMERICA, )
 )
Defendant. )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed.[1] After careful consideration and review of the record, the report and recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case. Accordingly, the Government's Motion to Dismiss (Doc. 3) is **GRANTED**. As a result, Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DISMISSED**. In addition, Plaintiff is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 12th day of March 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Plaintiff's civil docket on this Court's electronic filing system, CV419-051.